UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADAY MARTINEZ DESTINY HAUGHTON,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; NEW YORK CITY'S DEPARTMENT OF HOMELESS SERVICES (DHS),<br><br>Defendants. | 25-CV-0366 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

 Plaintiff, who is proceeding *pro se*, filed an application to proceed *in forma pauperis*, but she did not file a complaint. By order dated January 17, 2025, the Court directed Plaintiff, within 30 days, to file a complaint in this action and to provide a mailing address for service of documents or submit a consent form to accept electronic service.[1] That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a complaint and either provided a mailing address or consented to electronic service of court documents. The Court therefore dismisses this action without prejudice.

 The Clerk of Court is directed to email a copy of this order to Plaintiff at the email address on file and to provide a copy of this order to Plaintiff should she appear at the court's Pro Se Intake window.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Although Plaintiff did not consent to receive electronic service of court documents, she did include an email address on her application to proceed *in forma pauperis*. To help ensure that Plaintiff received a copy of that order, the Court directed the Clerk of Court to email a copy of that order to Plaintiff at the email address she provided.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   March 7, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge