UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADAY MARTINEZ DESTINY HAUGHTON,<br><br>                    Plaintiff,<br><br>              -against-<br><br>CITY OF NEW YORK; NEW YORK CITY'S DEPARTMENT OF HOMELESS SERVICES (DHS),<br><br>                    Defendants. | 25 CIVIL 0366 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 7, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 7, 2025
              New York, New York

                                                          /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                           Chief United States District Judge